UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

| | |
|---|---|
| MCKEON ROLLING DOOR CO., INC., | Case No. 1:23-cv-08720-ALC |
| Plaintiff, | |
| -v- | |
| U.S. SMOKE & FIRE CORP., et al. | |
| Defendants. | |

**DEFENDANT GUARDIAN FIRE TESTING LABORATORIES, INC.'S
RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Guardian Fire Testing Laboratories, Inc., by and through its counsel, states that it has no parent company, and no publicly traded company owns 10% or more of Guardian Fire Testing Laboratories, Inc.

Respectfully submitted,

PENNINGTON OLIAK PLLC

Dated: December 3, 2023

By: /s/ Beth A. Oliak
Beth A. Oliak (BO33730)
Edward A. Pennington (to be admitted pro hac vice)
PENNINGTON OLIAK PLLC
1055 Thomas Jefferson Street, NW  Ste. L35
Washington, DC  20007
(202) 897-2725
(202) 838-8245 (fax)
oliakb@pennoliak.com
epennington@pennoliak.com

*Attorneys for defendants U.S. Smoke & Fire Corp., ASA, GP, Steven Sadeghian, and Guardian Fire Testing Laboratories, Inc.*