```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MCKEON ROLLING STEEL DOOR CO., INC.,**

　　　　　　　　Plaintiff,

　　　　-against-

**U.S. SMOKE & FIRE CORP, et al.,**

　　　　　　　　Defendants.

---

**23-cv-08720 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the Defendants' pre-motion conference letter related to its anticipated motion to dismiss. ECF No. 28. Defendants' request for a pre-motion conference is **DENIED.** Plaintiff is hereby **GRANTED** leave to file a motion dismiss. Defendant is **ORDERED** to withdraw the prior motion to dismiss currently docketed at ECF Nos. 22-27. The Parties are directed to adhere to the following briefing schedule:

　　**Opening Brief:**　　**January 5, 2024**

　　**Opposition:**　　**January 26, 2024**

　　**Reply:**　　**February 2, 2024**

　　If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **December 15, 2023**.

**SO ORDERED.**

Dated:　December 11, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter, Jr._
　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**