USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKEON ROLLING STEEL DOOR CO., INC.,<br><br>Plaintiff,<br><br>-against-<br><br>U.S. SMOKE & FIRE CORP., *et al.*,<br><br>Defendants. | 23-cv-08720 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's pre-motion conference letter related to their anticipated motion to dismiss Defendants' counterclaims as well as Defendants' opposition thereto. ECF Nos. 57-58. Plaintiff's request for a pre-motion conference is **DENIED.** Plaintiff is hereby **GRANTED** leave to file a motion to dismiss. The Parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    **May 10, 2024**

    **Opposition:**    **May 24, 2024**

    **Reply:**    **May 31, 2024**

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **April 23, 2024**.

**SO ORDERED.**

Dated:    April 19, 2024
           New York, New York

                                                                                    **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**