UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKEON ROLLING STEEL DOOR CO., INC., <br><br> Plaintiff, <br><br> -against- <br><br> U.S. SMOKE & FIRE CORP., et al., <br><br> Defendants. | 23-CV- 08720 (ALC) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 23, 2024, Plaintiff submitted a letter motion seeking the Court's intervention in a discovery dispute. (*See* ECF 69.) I held a conference with the parties on August 29, 2024 to address the issues raised in Plaintiff's letter motion.

For the reasons set forth at the conference, Plaintiff's motion to compel discovery is GRANTED and resolved as follows: Defendants shall produce (1) documents sufficient to show, for the four relevant products during the relevant period, requests for proposals, specifications, and responses to both; and (2) documents sufficient to show the costs of producing and revenues from the four relevant products during the relevant period.

As to Plaintiff's application to compel Defendants to produce documents in categories 3, 4, and 5, Defendants shall perform further searches for responsive documents and produce what they find. Additionally, Plaintiff will examine witnesses at deposition about the existence of any such documents. Plaintiff may renew the motion to compel production of documents in those three categories if it learns of the existence of such documents that Defendants do not produce.

The Clerk of Court is respectfully directed to terminate ECF 69. All parties to bear their own costs.

DATED: August 30, 2024
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge