UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McKeon Rolling Steel Door Co., Inc.<br><br>Plaintiff,<br><br>-against-<br><br>U.S. Smoke & Fire Corp., et al.,<br><br>Defendants. | 23-CV-08720 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Application GRANTED in part. Defendants shall, by **noon on October 11, 2024**, provide Plaintiff with dates and times for the four remaining depositions noticed by Plaintiff. Those depositions shall take place **on or before October 28, 2024.** Defendants' deposition of MRSD's 30(b)(6) witness shall also take place **on or before October 28, 2024.** The parties shall, **by 5:00 pm on October 11, 2024**, advise me of the earliest possible date for the completion of the deposition of the non-party witness mentioned in Plaintiff's letter. Upon receipt of that information, I will set final deadline for completion of fact discovery.

DATED:  October 10, 2024
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge