UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McKeon Rolling Steel Door Co., Inc.,

                Plaintiff,

    -against-

U.S. Smoke & Fire Corp., et al.,

                Defendants.

23CV08720 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants shall complete their document production by **November 11, 2024 at 5:00 pm.** Plaintiff shall complete its document production by **November 22, 2024.** Plaintiff shall complete its remaining depositions and Defendant shall depose Plaintiff on damages by **November 27, 2024.** The parties shall participate in facilitated settlement talks by **December 15, 2024;** the parties shall file a joint letter on the docket by **November 15, 2024** stating whether they would prefer to participate in Court-annexed mediation or a settlement conference. Expert discovery shall be completed by **January 31, 2025.** If any parties wish to file motions for summary judgment, they must do so by **March 1, 2025;** oppositions to any summary judgment motions shall be due 30 days after the filing of any such motions; replies in further support of any summary judgment motions shall be due 14 days after the filing of any summary judgment oppositions.

DATED:  November 7, 2024
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge