USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MCKEON ROLLING STEEL DOOR CO., INC.,**<br><br>Plaintiff,<br><br>-against-<br><br>**U.S. SMOKE & FIRE CORP.,** *et al.***,**<br><br>Defendants. | **23-cv-08720 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter related to the pending motion to dismiss the trade secret Counterclaim and upcoming ADR deadline. ECF No. 91. The Parties shall appear at a telephonic conference on Friday, November 22, 2024 at 3:30 p.m. The Parties shall contact the Court at 1-888-363-4749 (access code: 3768660).

SO ORDERED.

Dated:   November 20, 2024
         New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**