USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/22/2024___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **MCKEON ROLLING STEEL DOOR CO., INC.,** |
| **Plaintiff,** |
| **-against-** |
| **U.S. SMOKE & FIRE CORP.**, *et al.*, |
| **Defendants.** |

**23-cv-08720 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR.**, United States District Judge:

Following the November 22, 2024 telephonic conference, the Court hereby **DENIES** Plaintiff's Motion to Dismiss Defendants' Counterclaim (ECF No. 61) without prejudice, **GRANTS** Defendant leave to file an Amended Counterclaim, and **GRANTS** Plaintiff leave to file a renewed Motion to Dismiss the Amended Counterclaim. The Court sets forth the following deadlines:

- December 3, 2024: Joint Status Report on settlement discussions due;
- December 4, 2024: Amended Counterclaim due;
- January 7, 2025: Renewed Motion to Dismiss Amended Counterclaim due;
- January 28, 2025: Opposition due; and
- February 6, 2025: Reply due.

**SO ORDERED.**

Dated:    **November 22, 2024**
          **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**