UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKEON ROLLING STEEL DOOR CO., INC., <br><br> Plaintiff, <br><br> -against- <br><br> U.S. SMOKE & FIRE CORP., et al., <br><br> Defendants. | 23-CV- 08720 (ALC) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic conference on **Monday, December 2, 2024, at 2:00 PM**. The parties shall be prepared to discuss the issues raised in ECF 96 and 97, including Plaintiff's request that sanctions be imposed against Defendants. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 834 170 830#.**

DATED:    November 26, 2024
          New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge