UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McKeon Rolling Steel Door Co., Inc., <br><br>　　　　Plaintiff, <br><br>　-against- <br><br>U.S. Smoke & Fire Corp., et al., <br><br>　　　　Defendants. | 23CV8720 (ALC) (RFT) <br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A conference was scheduled today, December 2, 2024 for 2:00 PM. Attached in Exhibit A is the correspondence from Counsel for Defendants, Edward Pennington, that was not filed on the docket. Counsel is reminded that correspondence to Chambers should be noted on the docket, even though opposing counsel was copied.

DATED:　December 2, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

| | |
|---|---|
| **From:** | epennington@pennoliak.com |
| **To:** | Anne Zeng-Huang; oliakb@pennoliak.com |
| **Cc:** | "Ferrari, Lisa" |
| **Subject:** | RE: 23-cv-08720-ALC-RFT McKeon Rolling Steel Door Co., Inc. v. U.S. Smoke & Fire Corp. et al |
| **Date:** | Monday, December 2, 2024 3:04:16 PM |

**CAUTION - EXTERNAL:**

Dear Anne,

I joined the call late and it looks like it ended before I could get on. I would like to extend my apologies to Judge Tarnofsky and opposing counsel for the mix up. It appears that while I was out of the office, my paralegal opened the email from the court and moved it to another folder, which I didn't see until now. This morning, I was tied up with family matters and didn't see your note until moments before I responded.

If not too late, I would be happy to participate in a re-scheduled call, any time that the Judge wishes.

Sincerely,

Ed Pennington

**From:** epennington@pennoliak.com <epennington@pennoliak.com>
**Sent:** Monday, December 2, 2024 2:47 PM
**To:** 'Anne Zeng-Huang' <Anne_Huang@nysd.uscourts.gov>; oliakb@pennoliak.com
**Subject:** RE: 23-cv-08720-ALC-RFT McKeon Rolling Steel Door Co., Inc. v. U.S. Smoke & Fire Corp. et al

I just saw this; for some reason we did not get it when it originally was sent.

**From:** Anne Zeng-Huang <Anne_Huang@nysd.uscourts.gov>
**Sent:** Monday, December 2, 2024 2:06 PM
**To:** epennington@pennoliak.com; oliakb@pennoliak.com
**Cc:** Anne Zeng-Huang <Anne_Huang@nysd.uscourts.gov>
**Subject:** 23-cv-08720-ALC-RFT McKeon Rolling Steel Door Co., Inc. v. U.S. Smoke & Fire Corp. et al

| 11/26/2024 | view102 | ORDER This action is scheduled for a telephonic conference on Monday, December 2, 2024, at 2:00 PM. The parties shall be prepared to discuss the issues raised in ECF 96 and 97, including Plaintiff's request that sanctions be imposed against Defendants. The parties shall join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 834 170 830#. SO ORDERED. |
|---|---|---|

Good afternoon,

Please advise if counsel will be joining us today at 2 PM for the conference with Judge Tarnofsky. Please dial (646) 453-4442, Access Code: 834 170 830#.

Thank you.

**Anne Zeng-Huang**

Courtroom Deputy to the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Email: Anne_Huang@nysd.uscourts.gov
Telephone: 212-805-3840

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.