UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McKeon Rolling Steel Door Co., Inc., <br><br> Plaintiff, <br><br> -against- <br><br> U.S. Smoke & Fire Corp., et al., <br><br> Defendants. | 23CV8720 (ALC) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

For the reasons stated at the conference, Plaintiff's motion to compel production of the log that came up at the Guardian 30(b)(6) deposition is GRANTED. Defendants shall produce the log by the end of the day on December 3, 2024, or they shall inform Plaintiff in writing that they were unable to locate the document. The date Defendants produce the log shall be considered the last date of Defendants' production; if Defendants are unable to locate the log, the date of their last production remains unchanged. Plaintiff's request that the confidentiality status of the locations of Defendants' projects shall be lowered from attorneys' eyes only to confidential is GRANTED. Plaintiff is awarded the reasonable costs of the application at ECF 103, including the cost of preparing for and participating in today's conferences. Plaintiff shall submit its fee application by December 9, 2024. Defendants shall file an opposition, if any, by December 16, 2024.

The Clerk of Court is respectfully requested to terminate ECF 97, ECF 103, and ECF 104.

DATED:  December 2, 2024  
           New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge