USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/10/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MCKEON ROLLING STEEL DOOR CO., INC.,**

Plaintiff,

-against-

**U.S. SMOKE & FIRE CORP.,** *et al.*,

Defendants.

**23-cv-08720 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' correspondence in connection with their anticipated cross-summary judgment motions (ECF Nos. 131-36). The Court **GRANTS** the Parties' requests for premotion conferences and will hear the Parties in a single premotion telephonic conference. The Parties shall appear at a telephonic conference on Wednesday, April 23, 2025 at 12 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#). The Parties should also be prepared to discuss Plaintiff's pending renewed motion to dismiss Defendants' counterclaim.

    The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 132.

**SO ORDERED.**

Dated:   April 10, 2025
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**