**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------x**

| | |
|---|---|
| **MCKEON ROLLING STEEL DOOR INC.** | : |
| | : |
| **Plaintiffs,** | : |
| | : **1:23-cv- 8720(ALC)** |
| -**against**- | : |
| | : **ORDER** |
| **USS&F ET AL.** | : |
| **Defendants.** | : |
| | : |
| | : |
| | : |

**------------------------------------------------------------x**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on **December 18, 2025 at 4 pm** for oral argument on the cross summary judgment motions. Each side will have 7 minutes for opening and 4 minutes for rebuttal.

**SO ORDERED.**

**Dated:**  December 1, 2025

_____

      **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**