**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
MCKEON ROLLING STEEL DOOR CO., INC.,

|  |  |
|---|---|
| Plaintiff, | 23 **CIVIL** 08720 (ALC) |
| -against- | **JUDGMENT** |
| U.S. SMOKE & FIRE CORP., ET AL. | |
| Defendants. | |

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 30, 2026, Plaintiffs' motion for summary

judgment is DENIED in part and GRANTED in part. Defendants' motion for summary judgment

is GRANTED.

**Dated:** New York, New York

March 31, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**
