UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MCKEON ROLLING STEEL DOOR INC.    :

                                 Plaintiffs,    :

                                               :    1:23-cv- 8720 (ALC)

            -against-    :

                                               :    **<u>ORDER</u>**

USS&F ET AL.    :

                                Defendants.    :

                                             :

                                             :

                                             :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Parties are ORDERED to participate in a telephonic conference on Friday April 24, 2026 at 10 am.  The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** April 23, 2026

                                             _____

        **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**