UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MCKEON ROLLING STEEL DOOR INC.  :

                      Plaintiffs,  :

                              :   1:23-cv- 8720 (ALC)

     -against-  :

                              :   **ORDER**

USS&F ET AL.  :

                    Defendants.  :

                              :

                              :

-------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by May 12, 2026 with the status of resolving Defendants' pending motion.

In the event the Parties cannot resolve this dispute amongst themselves, Plaintiff's Opposition of no more than 25 pages is due June 2, 2026. Defendants' Reply is due June 11, 2026.

**SO ORDERED.**

**Dated:** April 24, 2026

                                                    *[signature]*

     **New York, New York**                 **ANDREW L. CARTER, JR.**
                                           **United States District Judge**