UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MCKEON ROLLING STEEL DOOR INC.

                         Plaintiffs,

            -against-

USS&F ET AL.

                       Defendants.

1:23-cv- 8720 (ALC)

ORDER

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated:** May 15, 2026

New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**