UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MCKEON ROLLING STEEL DOOR INC.

Plaintiffs,

-against-

USS&F ET AL.

Defendants.

---------------------------------------------------------------x

1:23-cv- 8720 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

The Clerk of Court is respectfully directed to terminate all pending motions.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge